IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW G. CLARK,

    Plaintiff,

v.

ERIK HASSELMAN, et al.,

    Defendants.

Civ. No. 6:14-cv-1103-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 123), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No.123) is adopted. Erik Hasselman's Motion to Dismiss (ECF No. 101) is GRANTED.

IT IS SO ORDERED.

    DATED this 29th day of March, 2016.

                                                                                     /s/ Michael J. McShane
                                                                                   Michael McShane
                                                                         United States District Judge

1 –ORDER