IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW G. CLARK,

    Plaintiff,

v.

ERIK HASSELMAN, et al.,

    Defendants.

Civ. No. 6:14-cv-1103-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 126), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No.126) is adopted. Wells Fargo Bank, N.A.'s Motion to Dismiss (ECF No. 110) is GRANTED and the claims against it are

1 –ORDER

dismissed, with prejudice. Wells Fargo's request for judicial notice (ECF No. 112) is DENIED as moot.

IT IS SO ORDERED.

DATED this 22nd day of June, 2016.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER